Decided May 28, 2008

---

### STATE OF CONNECTICUT *v.* JORDI KERR

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 413 (AC 26818), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided May 28, 2008

---

### STATE OF CONNECTICUT *v.* DAVID C. WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 85 (AC 27407), is denied.